# United States Court of Appeals for the Federal Circuit

---

**FLASHPOINT TECHNOLOGY, INC.,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**HTC CORPORATION, AND HTC AMERICA, INC.,**
*Intervenors.*

---

2012-1149

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-726.

---

**JUDGMENT**

---

WILLIAM D. BELANGER, Pepper Hamilton LLP, of Boston, Massachusetts, argued for the appellant. With him on the brief were ALEXANDRA C. FENNELL and GREGORY D. LEN, Of counsel on the brief were GOUTAM PATNAIK and TUHIN GANGULY, of Washington, DC. Of counsel were SANDRA J. BADIN, MICHAEL C. NEWMAN and JAMES M. WODARSKI, of Boston, Massachusetts.

JIA CHEN, Attorney, Office of General Counsel, United States International Trade Commission, of Washington, DC, argued for appellee. With him on the brief were DOMINIC L. BIANCHI, Acting General Counsel, and WAYNE W. HERRINGTON, Assistant General Counsel. Of counsel was MICHELLE KLANCNIK.

JOHN P. SCHNURER, Perkins Coie, LLP, of San Diego, California, argued for intervenors. With him on the brief were JAMES B. COUGHLAN, of Washington, DC, and DAN L. BAGATELL, of Phoenix, Arizona, and KENNETH J. HALPERN, of Palo Alto, California.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, MAYER, AND WALLACH, *Circuit Judges*).

### AFFIRMED. *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

| February 14, 2013 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |